O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>            Plaintiff,               )<br>                                                              )<br>      v.                                              )<br>                                                              )<br>RAYMUNDO AVILES REYES,    )<br>                                                              )<br>            Defendant.            )<br>_____) | SA 08-297M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                                   II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3     A. ( X )   appearance of defendant as required; and/or

4     B. ( ) safety of any person or the community;

5                                               III.

6     The Court has considered:

7     A. ( x ) the nature and circumstances of the offense;

8     B. (x) the weight of evidence against the defendant;

9     C. (x) the history and characteristics of the defendant;

10     D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                             IV.

12     The Court concludes:

13     A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16         **Defendant is undocumented.  He has no ties to the community and no bail**

17         **resources.**

18

19     C. ( ) A serious risk exists that defendant will:

20         1. ( )   obstruct  or  attempt to  obstruct  justice;

21         2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24         provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

6

7  Dated: June 19, 2008

8
                                            Marc L. Goldman
9                                           U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**